(No. 1109—Claimant awarded $25.00.)

WILLIAMS ARTICULATOR COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed January 19, 1927.*

FRANCHISE TAX—*award may be made when.* Where a franchise tax has been assessed and is paid, and it appears afterwards that on account of mis-statement in the annual report of the corporation, to the Secretary of State, the tax paid is in excess of the amount legally due the State, a refund of the overpayment may be awarded.

WILLIAMS ARTICULATOR COMPANY, for claimant.

OSCAR E. CARLSTROM, Attorney General; FRANK R. EAGLETON, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for refund of franchise tax paid to Honorable Louis L. Emmerson, Secretary of State, on account of mis-statement in the annual report of the claimant. It appears that said company paid a tax of $25.00 in excess of the amount of taxes lawfully assessable against said claimant.

We therefore award to the said claimant, Williams Articulator Company, the sum of $25.00.